UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-1672-CBS |
| | ) | |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| JORGE LUCRET, | ) | |
| A/K/A "MINOR" | ) | |
| | ) | |
| | ) | |

GOVERNMENT'S MOTION TO SEAL

The United States hereby moves to seal the indictment and all other filings in the above captioned matter, so that no public disclosure of the filing of the indictment will impede attempts to arrest the defendant. The United States requests that the case remain sealed until further motion of the United States or further order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: JOHN A. WORTMANN, JR.
PETER K. LEVITT
Assistant U.S. Attorneys

February 23, 2004

2-23-04
allowed