# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

**SEALED**

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**JORGE LUCRET, A/K/A "MINOR,"**
(Name and Address of Defendant)

M.J. No.: 04-1672-CBS

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **September 22, 2003** in **Essex County** in the District of **Massachusetts**, defendant did knowingly or intentionally distribute: cocaine base, a Schedule II controlled substance, also known as "crack cocaine," in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am a **FBI Special Agent** and that this complaint is based on the following facts:

**Please see attached Affidavit of FBI Special Agent Jeff Wood**

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
Signature of Complainant
FBI Special Agent Jeff Wood

Sworn to before me and subscribed in my presence,

**February 23, 2004**          at **Boston, Massachusetts**
Date                                          City and State

**CHARLES B. SWARTWOOD III**
**United States Magistrate Judge**                _____
Name and Title of Judicial Officer              Signature of Judicial Officer

**DOCKETED**