# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**JORGE LUCRET**
**A/K/A "MINOR"**

WARRANT FOR ARREST
Case Number: 04-1672-CBS

FILED IN CLERK'S OFFICE
2005 DEC -5 P 2:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**JORGE LUCRET, A/K/A "MINOR"**__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**distribution of cocaine base, a/k/a "crack cocaine"**

in violation of Title __21__ United States Code, Section(s) __841(a)__

CHARLES B. SWARTWOOD, III     UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer            Title of Issuing Officer

Signature of Issuing Officer       **Boston, MA; February 23, 2004**
                                    Date and Location

Bail fixed at $ _____              BY _____

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT WNY

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/18/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |