UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-1672-CBS |
| | ) | |
| JORGE LUCRET, | ) | |
|     A/K/A "MINOR" | ) | |
|            Defendant | ) | |

## GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

The United States of America respectfully moves this Court to unseal the Criminal Complaint in the above-captioned matter. In support, the government represents that Defendant is in custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PETER K. LEVITT
Assistant U.S. Attorney

Date: December 7, 2005.