```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              CR 04-1672-CBS

JORGE LUCRET,
        Defendant,

### ORDER OF APPOINTMENT OF COUNSEL

December 8, 2005

SWARTWOOD, C.M.J.

    It is hereby ORDERED that Catherine Byrne of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                          CHARLES B. SWARTWOOD, III
                                          CHIEF MAGISTRATE JUDGE

                                          By the Court:

                                          /s/ Lisa B. Roland
                                          Lisa B. Roland
                                          Deputy Clerk