AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| JORGE LUCRET | | | | | Case Number: 04-1672-CBS |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Levitt | Byrne |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/20/2005 | 10:18 a | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 12/20/05 | | | Jeffrey Wood |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 12/20/05 | X | X | Copy of Complaint and Affidavit |
| 2 | | 12/20/05 | X | X | Reports dates 9/22/2003 concerning undercover buys (2 sales in 1 day) |
| 3 | | 12/20/05 | X | X | Copy of Video tape depicting controlled buys |
| 4 | | 12/20/05 | X | X | Printout of Jorge Lucret's RMV Photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages