**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

January 6, 2006

Lisa Roland
U.S. District Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Dear Lisa:

    Please consider this a request for the detention hearing transcript in U.S. v. Jorge Lucret, 04-1672-CBS held on 12/20/05 before Judge Swartwood.

    I will follow up with Maryann Young of Young Transcription Service.

    Thank you.

                                                           /s/ Catherine K. Byrne
                                                          Catherine K. Byrne